■ CARL GIFALDI et al., Appellants, v DUMONT Co., INC., Doing Business as DUMONT CHEMICAL COMPANY, et al., Defendants, JEFFERSON CHEMICAL COMPANY et al., Respondents, and INTERSTATE TIRE COMPANY, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Dismiss Complaint.) Present—Dillon, P. J., Callahan, Denman, Green and Pine, JJ.